THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-03119-RPM

KSQ ARCHITECTS, P.C.,

    Plaintiff,

v.

42/40 ARCHITECTURE, INC.,

    Defendant.

_____

### ORDER PURSUANT TO NOTICE OF SETTLEMENT
_____

    Pursuant to the Notice of Settlement [17] filed by plaintiff on August 12, 2014, it is

    ORDERED that plaintiff shall file a stipulation for dismissal on or before September 12, 2014, and it is

    FURTHER ORDERED that all remaining deadlines in this case are stayed.

    Dated: August 12th, 2014

                                  BY THE COURT:

                                  s/Richard P. Matsch
                                  _____
                                  Richard P. Matsch, Senior District Judge