THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-03119-RPM

KSQ ARCHITECTS, P.C.,

    Plaintiff,

v.

42/40 ARCHITECTURE, INC.,

    Defendant.

_____

## ORDER OF DISMISSAL
_____

    Pursuant to the Stipulated Motion to Dismiss with Prejudice [19] filed today, it is

    ORDERED that this action is dismissed with prejudice, each party to bear their own attorney fees and costs.

    Dated: September 10th, 2014

                                      BY THE COURT:

                                      s/Richard P. Matsch

                                      _____

                                      Richard P. Matsch, Senior District Judge